1048

No. 594. LEVIN v. MARYLAND. Ct. App. Md. Certiorari denied. *Frank B. Cahn II* and *Paul A. Dorf* for petitioner. *Francis B. Burch,* Attorney General of Maryland, and *Fred Oken,* Assistant Attorney General, for respondent.

No. 710. GREEN v. BOARD OF ELECTIONS OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. *Leonard B. Boudin, Victor Rabinowitz* and *David Rein* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *pro se, Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for respondents.

No. 717. INMAN v. CITY OF MIAMI ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Tobias Simon* and *Alfred I. Hopkins* for petitioner. *S. R. Sterbenz* for respondent City of Miami.

No. 795. KAUFMAN v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Morton Liftin* for petitioner. *John G. Bonomi* and *Michael Franck* for respondent.

No. 776. NATIONAL COMMITTEE OF GIBRAN v. SHIYA. C. A. 2d Cir. Motion of Republic of Lebanon for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *William H. Dempsey* and *James F. Sams* for petitioner. *Joseph M. Cunningham* for respondent. *Lenox G. Cooper* and *Worth Rowley* for Republic of Lebanon, as *amicus curiae,* in support of the petition.